IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELINDA MARKOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-cv-1596 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| UNION RAILROAD COMPANY, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF THE COURT**

AND NOW, on this 16th day of March 2022, following a thorough review of the record, the Union Railroad Company's Objection, (ECF No. 45), to Magistrate Judge Dodge's Report and Recommendation, (ECF No. 44), is overruled.  This Court adopts Judge Dodge's Report and Recommendation as the Opinion of the Court.  Accordingly, the Union Railroad Company's Motion to Dismiss is denied.

_____
Marilyn J. Horan
United States District Judge